# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Alfredo S Granado  
Robert and Morayma  
Richards Montague

Case No.:15−33171−thf

Debtor(s)

# NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

In order to receive a discharge of your debts you:

1. Must complete an approved course in personal financial management;

2. Must file a Certification of Completion of Instructional Course Concerning Personal Financial Management **within 60 days of the 1st date set for the meeting of creditors.**

Failure to file Certification will result in your case being closed without an entry of discharge.

If your case is closed and you file a Motion to Reopen the case, you must pay a reopening fee at the time the motion is filed.

Certification of Completion of Personal Financial Management is in **addition** to Certification of Credit Counseling. You must complete both.

An exemption from Credit Counseling does not exempt you from a Personal Financial Management Course. If qualified, you must request an exemption **separately.**

Dated: 10/1/15

By: vs  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                               Western District of Kentucky
In re:                                                                  Case No. 15-33171-thf
Alfredo S Granado Robert                                                Chapter 7
Morayma Richards Montague
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0644-3          User: vschiller              Page 1 of 1              Date Rcvd: Oct 01, 2015
                              Form ID: 244                 Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2015.
db/jdb         +Alfredo S Granado Robert,    Morayma Richards Montague,    3225 Orchard Manor Circle,
                 Louisville, KY 40220-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2015 at the address(es) listed below:
          Andrew G. Downey    on behalf of Debtor Alfredo S Granado Robert adowney@downeystrobo.com
          Andrew G. Downey    on behalf of Joint Debtor Morayma  Richards Montague adowney@downeystrobo.com
          Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
          Marque G. Carey    marquecareytrustee@aol.com, KY53@ecfcbis.com
                                                                                             TOTAL: 4
```