# Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Louisville** | | |
| William Stephen Reisz | Electronic documents via email | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Electronic documents via email; Paper documents or documents on CD/DVD via mail; NO FAXES | 2 Anchorage Pointe, Louisville, KY 40223 502–744–6484 mwheatley@insightbb.com |
| Gordon A. Rowe, Jr. | Via DocLink; Electronic Documents accepted for *pro se* debtors; NO FAXES. | Starks Bldg. Suite 1430, 455 S 4th St, Louisville, KY 40202 gartrusteedocs@aol.com; 502–584–0555 |
| Robert W. Keats | Paper documents; electronic documents via email; NO FAXES | PO Box 221377 Louisville, KY 40252–1377; 502–587–8787; rkeats@bellsouth.net |
| William W. Lawrence | Electronic documents via email only | wlch7ecf@gmail.com |
| Marque Carey | Electronic documents via email | marquecareytrustee@aol.com |
| William J. Clarke | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>willclarketrustee@bellsouth.net |
| **Paducah** | | |
| Mark Little | Via BlueStylus | mlittletrustee@bellsouth.net |
| Deborah B. Simon | Via Epiq DocumentDelivery | www.documentdelivery.epiqsystems.com |
| **Bowling Green** | | |
| Jerry A. Burns | Via DocLink<br>Via email, by Adobe Acrobat & Bookmarked | www.doclink.bms7.com<br>burnstrustee@bellsouth.net |
| Mark H. Flener | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>mflener@bellsouth.net<br>deannalancaster@bellsouth.net |
| Alicia C. Johnson | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>bkalicia@hotmail.com<br>bk_bruce@hotmail.com<br>KY52@ecfcbis.com |
| **Owensboro** | | |
| Roberta Dunlap | Electronic format via email | rdunlaptrustee@dunlapnesmith.com |
| Russ Wilkey | Electronic format | twilkey@wilkeylaw.com |
| Harry L. Mathison | Prefer emailed documents | hmathison@kdblaw.com |

```
                          United States Bankruptcy Court
                           Western District of Kentucky
In re:                                                    Case No. 15-33171-thf
Alfredo S Granado Robert                                  Chapter 7
Morayma Richards Montague
         Debtors
                             CERTIFICATE OF NOTICE
District/off: 0644-3      User: vschiller          Page 1 of 1       Date Rcvd: Oct 01, 2015
                          Form ID: 254             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2015.
db/jdb         +Alfredo S Granado Robert,    Morayma Richards Montague,    3225 Orchard Manor Circle,
                 Louisville, KY 40220-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2015 at the address(es) listed below:
              Andrew G. Downey    on behalf of Debtor Alfredo S Granado Robert adowney@downeystrobo.com
              Andrew G. Downey    on behalf of Joint Debtor Morayma  Richards Montague adowney@downeystrobo.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Marque G. Carey    marquecareytrustee@aol.com, KY53@ecfcbis.com
                                                                                             TOTAL: 4