Certificate Number: 01401-KYW-DE-026381059

Bankruptcy Case Number: 15-33171



01401-KYW-DE-026381059

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2015, at 4:09 o'clock PM EDT, Alfredo S Granado Robert completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Kentucky.

Date:  October 17, 2015        By:    /s/Jeremy  Lark

Name:  Jeremy  Lark

Title:  FCC Manager

Certificate Number: 01401-KYW-DE-026381995

Bankruptcy Case Number: 15-33171



01401-KYW-DE-026381995

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2015, at 1:44 o'clock AM EDT, Morayma Richards Montague completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Kentucky.

Date:   October 18, 2015                    By:    /s/Jeremy  Lark

Name:  Jeremy  Lark

Title:   FCC Manager