| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Alfredo S Granado Robert** | Social Security number or ITIN **xxx–xx–3800** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Morayma Richards Montague** | Social Security number or ITIN **xxx–xx–3801** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of Kentucky** | | |
| Case number:  **15–33171–thf** | | |

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alfredo S Granado Robert                Morayma Richards Montague

<u>1/5/16</u>                             **By the court:** <u>Thomas H. Fulton</u>
                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                            Western District of Kentucky
In re:                                                                 Case No. 15-33171-thf
Alfredo S Granado Robert                                               Chapter 7
Morayma Richards Montague
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0644-3          User: admin                  Page 1 of 1                  Date Rcvd: Jan 05, 2016
                              Form ID: 318                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2016.
db/jdb        +Alfredo S Granado Robert,    Morayma Richards Montague,    3225 Orchard Manor Circle,
                Louisville, KY 40220-2601
5784581       +Ccs/First National Ban,    500 E 60th St N,   Sioux Falls, SD 57104-0478
5784589       +El Dorado Resorts Corporation,    2626 East Oakland Park Blvd,   2nd floor,
                Fort Lauderdale, FL 33306-1668
5784591       +Fncc,   500 East 60th St N,    Sioux Falls, SD 57104-0478
5784593       +Onemain,   Po Box 499,   Hanover, MD 21076-0499
5784594        PayPal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5784578       +EDI: AMEREXPR.COM Jan 05 2016 19:28:00      Amex,   Po Box 297871,
                Fort Lauderdale, FL 33329-7871
5784579        EDI: BANKAMER.COM Jan 05 2016 19:28:00      Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
5784580        EDI: CAPITALONE.COM Jan 05 2016 19:28:00      Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238
5784582       +EDI: CHASE.COM Jan 05 2016 19:28:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
5784583       +EDI: CITICORP.COM Jan 05 2016 19:28:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
5784584       +EDI: WFNNB.COM Jan 05 2016 19:28:00      Comenity Bank/Bdfrdfr,   995 W 122nd Ave,
                Westminster, CO 80234-3417
5784585       +EDI: WFNNB.COM Jan 05 2016 19:28:00      Comenity Capital/Blair,   Po Box 182120,
                Columbus, OH 43218-2120
5784586       +EDI: WFNNB.COM Jan 05 2016 19:28:00      Comenitycapital/Haband,   4590 E Broad St,
                Columbus, OH 43213-1301
5784587       +EDI: RCSFNBMARIN.COM Jan 05 2016 19:28:00      Credit One Bank Na,   Po Box 98875,
                Las Vegas, NV 89193-8875
5784588       +EDI: DISCOVER.COM Jan 05 2016 19:28:00      Discover Fin Svcs Llc,   Po Box 15316,
                Wilmington, DE 19850-5316
5784590       +EDI: AMINFOFP.COM Jan 05 2016 19:28:00      First Premier Bank,   601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
5784592       +E-mail/Text: cmwhite@kytelco.com Jan 05 2016 19:35:23      Kentucky Telco Fcu,
                3740 Bardstown Rd,   Louisville, KY 40218-2209
5784595       +EDI: RMSC.COM Jan 05 2016 19:28:00      Syncb/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
5784596       +EDI: RMSC.COM Jan 05 2016 19:28:00      Syncb/Hh Gregg,   Po Box 965036,
                Orlando, FL 32896-5036
5784597       +EDI: RMSC.COM Jan 05 2016 19:28:00      Syncb/Jcp,   Po Box 965007,   Orlando, FL 32896-5007
5784598        EDI: RMSC.COM Jan 05 2016 19:28:00      Syncb/Walmar,   Po Box 965024,   El Paso, TX 79998
5784599       +EDI: RMSC.COM Jan 05 2016 19:28:00      Syncb/Walmart,   Po Box 965024,   Orlando, FL 32896-5024
5784600        EDI: USBANKARS.COM Jan 05 2016 19:28:00      Us Bank,   4325 17th Ave S,   Fargo, ND 58125
5784601       +EDI: BLUESTEM.COM Jan 05 2016 19:28:00      Webbank/Gettington,   6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
5784602       +EDI: WFFC.COM Jan 05 2016 19:28:00      Wfdillards,   Po Box 14517,   Des Moines, IA 50306-3517
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:
              Andrew G. Downey    on behalf of Debtor Alfredo S Granado Robert adowney@downeystrobo.com
              Andrew G. Downey    on behalf of Joint Debtor Morayma   Richards Montague adowney@downeystrobo.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Marque G. Carey    marquecareytrustee@aol.com, KY53@ecfcbis.com
                                                                                             TOTAL: 4
```